■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES CHERRY, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot since the appeal from the judgment of conviction has been perfected. (See *Matter of Mullins v State Bd. of Parole,* 35 NY2d 992.) (Appeal from judgment of Wyoming Supreme Court dismissing writ of habeas corpus.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN FLORES, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot since the appeal from the judgment of conviction has been argued and decided (see *Matter of Mullins v State Bd. of Parole,* 35 NY2d 992). (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v O. C. SMITH, Appellant.—Judgment unanimously affirmed. Memorandum: The defendant and his attorney were personally served with the statement as to the predicate felony conviction as required by CPL 400.21. Upon sentence counsel for the defendant by a statement to the court indicated that he was fully informed of the facts concerning the prior felony conviction and his only objection to the sentencing of defendant as a second felony offender was his contention that the predicate felony statute is unconstitutional. In these circumstances there was substantial compliance with the statute, CPL 400.21 (subd 3). (See *People v McClain,* 35 NY2d 483; *People v Carter,* 31 NY2d 964; *People v Bryant,* 47 AD2d 51, 63.) (Appeal from judgment of Erie Supreme Court convicting defendant of attempted burglary, third degree.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.

■ In the Matter of JAMES JORDAN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as academic since petitioner has been granted the relief he sought. (Appeal from judgment of Wyoming Supreme Court—article 78 proceeding.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.